UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GABRIEL G. ATAMIAN, MD, MSEE, JD,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>ALAN SIMPSON, individually and his official capacity of the Judge of Fresno County Superior Court, et al.,<br><br>　　　　　Defendants. | 1:08-cv-01278-AWI-SMS<br><br>ORDER RE: FINDINGS AND RECOMMENDATION TO DISMISS COMPLAINT WITH PREJUDICE WITHOUT LEAVE TO AMEND FOR FAILURE TO STATE A CLAIM UPON WHICH RELIEF MAY BE GRANTED AND FOR LACK OF SUBJECT MATTER JURISDICTION (DOCS. 1, 3)<br><br>DIRECTION TO THE CLERK TO TERMINATE THIS ACTION |

　　Plaintiff is proceeding pro se with an action for injunctive and declaratory relief concerning alleged civil rights violations. The matter has been referred to the Magistrate Judge pursuant to 28 U.S.C. § 636(b) and Local Rules 72-302 and 72-304.

　　On September 17, 2008, the Magistrate Judge filed findings and a recommendation that the Court dismiss Plaintiff's complaint without leave to amend because it failed to state a claim and because it failed to set forth any grounds for subject matter jurisdiction in this Court. Plaintiff was granted thirty days within which to file objections. The findings and recommendation

1

were served on all parties on November 2, 2006.

On October 6, 2008, Plaintiff filed timely objections to the findings and recommendations. The undersigned has considered the objections and has determined there is no need to modify the findings and recommendations based on the points raised in the objections. Defendant Simpson is entitled to judicial immunity for the alleged improper acts he took in Plaintiff's state case. If Plaintiff is unhappy with the state case, his option is to appeal, and not to file a federal civil action.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and <u>Britt v. Simi Valley United School Dist.</u>, 708 F.2d 452, 454 (9th Cir. 1983), this Court has conducted a *de novo* review of the case. Having carefully reviewed the entire file, the Court finds that the findings and recommendation are supported by the record and proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed September 17, 2008, are ADOPTED IN FULL; and

2. The action IS DISMISSED with prejudice for failure to state a claim upon which relief may be granted and for failure to set forth any grounds for subject matter jurisdiction in this Court; and

3. The Clerk of Court IS DIRECTED to close this action because this order terminates the action in its entirety.

IT IS SO ORDERED.

**Dated:  October 14, 2008**              /s/ Anthony W. Ishii
                                        CHIEF UNITED STATES DISTRICT JUDGE